IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
:
v.  :  1:25CR259-1
:
CHRISTOPHER JOHN EARLEY PHILLIPS  :

The Grand Jury charges:

On or about March 8, 2025, in the County of Forsyth, in the Middle District of North Carolina, CHRISTOPHER JOHN EARLEY PHILLIPS did knowingly and willfully transmit in interstate commerce from Walhalla, South Carolina, to Winston-Salem, North Carolina, a communication which contained a threat to injure the person of another, that is, CHRISTOPHER JOHN EARLEY PHILLIPS made a threatening phone call to the Our Lady of

Mercy Catholic Church, stating: "I think that you are a devil, and you must be eradicated"; in violation of Title 18, United States Code, Section 875(c).

DATED: August 4, 2025

CLIFTON T. BARRETT
Acting United States Attorney

*[signature]*

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

FOREPERSON